JS-6

1  Katherine M. Dugdale, Bar No. 168014
   KDugdale@perkinscoie.com
2  Audra M. Mori, Bar No. 162850
   AMori@perkinscoie.com
3  PERKINS COIE LLP
   1888 Century Park E., Suite 1700
4  Los Angeles, CA  90067-1721
   Telephone: 310.788.9900
5  Facsimile: 310.788.3399

6  Attorneys for Plaintiff
   MICROSOFT CORPORATION
7

8               UNITED STATES DISTRICT COURT

9               CENTRAL DISTRICT OF CALIFORNIA

10

11 MICROSOFT CORPORATION, a          Case No. 13-cv-04373-ABC (SSx)
   Washington corporation,
12
                Plaintiff,
13
                                     [PROPOSED] ORDER RE
       v.                            STIPULATION FOR DISMISSAL
14                                   WITH PREJUDICE
   EWASTE CENTER, INC., a California
15 corporation; and JOUNG LIM, an
   individual,
16
                Defendants.
17

1  Pursuant to the stipulation of the parties and good cause appearing therefore, Defendants eWaste Center, Inc. and Joung Lim (collectively "Defendants") are hereby dismissed with prejudice from Plaintiff Microsoft Corporation's ("Plaintiff") Complaint. The above action is dismissed pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorneys' fees.

This Court shall retain jurisdiction to enforce the Permanent Injunction entered by this Court and the Settlement Agreement and Release between Plaintiff and Defendants.

**IT IS SO ORDERED.**

Dated: November 27, 2013

_____
HON. AUDREY B. COLLINS
United States District Court Judge